IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| Clayton Walker,<br>                    Plaintiff,<br><br>v.<br><br>MG Oil Company, the Park Restaurant,<br>Marlyn Erickson, Troy Erickson, John<br>Hayward, Don Williamson and Mickey<br>Tillman,<br>                    Defendant. | Case No. 5:25-CV-5029<br><br><br>**Complaint** |

**THE HONORABLE UNITED STATES DISTRICT COURT:**

**Comes Now,** the Plaintiff Clayton Walker, in the above numbered and entitled case,

complains of MG Oil, Marlyn Erickson, Troy Erickson, John Hayward, Don Williamson and

Mickey Tillman Defendants in the above numbered and entitled case, and for cause(s) of action

would respectfully show unto the court and Jury as follows:

### I.      Introduction

1. This ia an action for the recovery of damages which occurred as a result of the

   Defendants actions, 1) Violation of Title VII,  2)Retaliation, 3)Harassment,  4)ADEA

   violations  5)Discrimination of Unlawful Acts

### II.      Parties

2. Plaintiff Clayton Walker ( Hereafter " Walker", "I" or "Plaintiff" is a Pro Se litigant

   and a citizen of the Unted States, who was employed as a Supervisor at the Park

Page 1 Walker v. MG Oil

Restaurant owned by MG Oil Company in Rapid City SD, During the time period wherein the causes of action arose. The plaintiff was employed by MG Oil on or around November 18th 2022 to November 10th 2023, and at the time was an employee in the City of Rapid City, in Pennington County of South Dakota.

3.  Defendant, MG Oil Company, founder and agent Marlyn Erickson and Troy Erickson does business in South Dakota, M. G. Oil Company is at 1180 Creek Drive Rapid City SD 57703 and mailing box as Po Box 1006 Rapid City SD 57709-1006, Business ID DB014946 and name MG Oil Company (Hereafter, "Defendants" "MG Oil " "Marlyn)

4.  John Hayward, Don Williamson and Mickey Tillman was employed during the year of the plaintiff worked for MG Oil at the Park Restaurant.

### III.    Jurisdiction

5.  This action arises under Title VII of the Civil Rights Act of 1964, § 701et seq., as amended 42 U.S.C. § 200e et. Seq.,

6.  All the Necessary administrative prerequisites have been met prior to filing the instant action, as the plaintiff has filed timely complaints of unlawful retaliation, harassment and discrimination with the EEOC, and brings walkers claims and  was given the NOTICE OF YOUR RIGHT TO SUE by the EEOC Minneapolis Area Office on 12/30/2024  please see Exhibit A

7.  The jurisdiction of the court is invoked pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1343, The United States Constitutional Violation and ADEA.

8.  Because the amount in controversy exceeds $75,000.00 excluding interest and cost.

## IV.    Venue

9. The Venue is appropriate in this district pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1343 because the Defendant MG Oil Company resides in this Judicial district, and where the plaintiff was physically employed when the actions complained of took place.

10. At all times the plaintiff is and was a resident of Pennington County in Rapid City South Dakota at 1515 E Saint Patrick St. # 356 Rapid City South Dakota.

11. The Defendant MG Oil Company, at all times material hereto maintained and operated a business known as( DBA )the Park Restaurant at 707 Mt. View Rd. Rapid City South Dakota. The damages that is the subject of this action occurred at this business location DBA the Park. The Businesses of MG OIL Company is in Pennington Co. at 1180 Creek Dr. Rapid City South Dakota.

12. Upon information and belief, at all times material to this action, Defendant, John Hayward, is and was a resident of the city of Rapid City, South Dakota.

13. Upon information and belief, at all times material to this action, Defendant Don Williamson, is and was a resident of the city of Rapid City, South Dakota.

14. Upon information and belief, at all times material to this action, Defendant Mickey Tillman, is and was a resident of the city of Rapid City, South Dakota.

15. Upon information and belief, at all times material to this action, Defendant Marlyn Erickson, is and was a resident of the city of Rapid City, South Dakota.

16. Upon information and belief, at all times material to this action, Defendant Troy Erickson, is and was a resident of the city of Rapid City, South Dakota.

17. All material Facts giving rise to this cause of action occurred within the same venue of Pennington County, South Dakota.

## V.    Facts

Plain statement: the Defendants violated Title VII, Retaliation, Harassment, ADEA, Constitutional Rights and Discrimination of Unlawful Acts

18. At all relevant times, defendants employed at its facility and operated its facility though various employs, managers, staff/and or agents within the course and scope of their employment.

19. The environment was hostile, and the plaintiff started to see himself as Constructive dismissal and this is recognized in South Dakota.

20. The plaintiff asked for Sexual Harassment classes and training for all employees in a demand letter to MG Oil after the meeting on November 9th 2023, the demand letter was on November 13 2023, November 14th the plaintiff was told to return his keys to get his last pay check.

21. The plaintiff was being Sexual Harassed at the Park Restaurant by Micky Tillman, and Jon Hayward.

22. The plaintiff complained to my Supervisor Trish Stevens and it was ignored, so my next complaint the plaintiff recorded it. The plaintiff was laughed at. That recording was on 10-24-23, please see Exhibit B the flash drive

23. The plaintiff was told to lie to the employees about the safety of the fire suppression system, MG Oil failed to provide a safe working environment for himself, date would be found in Discovery evidence.

Page 4 Walker v. MG Oil

24. The plaintiff was the only White Male Manager over 40 that worked in the office at the Park and was constantly harassed and teased because of it, all other managers were female and of Hispanic, Black, Native American and Mixed Races in the office, under the ADEA

25. The Plaintiff was moved out of his management status, so Johns Boyfriend Rubin Vidales could take the plaintiffs Position and because the plaintiffs finding out about Johns Education Fabrication on his job application and stealing money out of the safe to pay for a wedding they had.

26. The General Manager John Hayward's Boyfriend of Mexican and Native Descent Named Rubin Vidales was promoted without giving the plaintiff the chance or an interview, retaliated against the plaintiff by denying promotions

27. Joh Hayward DBA MG Oil would use writeups in attempt to get the plaintiff fired because of his complaints, Disputable facts a jury should decide.

28. Sex was taking place in the Restaurant by Amanda and a guy by the name of Brad an IT Guy that was sexual harassing a managers. Around November 2022. The plaintiff was uncomfortable and it was unwanted and ignored.

29. A guy by the name of Gene who worked in the Kitchen was sexual harassing a girl at the Park Restaurant The Plaintiff thinks under the age of 18 at the Time. January 2023, unwanted by the Plaintiff, ignored the plaintiffs complaint

30. A kitchen manager named Mickey Tilman was sexually harassing a lot of people, even a girl under the age in 16, a food runner unknown last name. September and October 2023, the plaintiff complained.

31. Mickey Tillman would use his hands to make sexual comments about having sex with the plaintiff. Using his hands to create a butt hole and sticking his finger in it to represent his penis. 10-9-23.

32. After my complaints, I was the only manager that got a pay deduction and demotion. Other manages that were nonwhite did not receive a pay deduction, I was the only white male that received a pay deduction. Title 7 Sex, Race Creed, Equal Pay Act 1963 on or Around 10-20-23

33. Mickey Tillman would make unwanted sexual advantages towards the plaintiff on or around 10-23-23 records show. Witness office managers, Trish Stevens

34. Jake Black was a witness of the Plaintiff being harassed and targeted.

35. The plaintiff received ongoing retaliatory harassment during his employment on or around 2023 after his complaints to the main Office at 1180 Creek Dr.

36. Racial Harassment by a John Hayward and lost wadges for the plaintiff from Nov. 2023 to Oct. 2024

37. MG Oil's unlawful and discriminatory practices toward plaintiff were intentional.

38. Marlyn Erickson and an unknown Female came into the Park restraint in 2023 when the plaintiff was working, and the plaintiff noticed they were intoxicated, harassing the plaintiff about the prices of the Park, arguing with the plaintiff about Marlyn drinking a single when in fact he was drinking a double of Captain Morgen making false statements that damaged the REPUTATION of the plaintiff.

39. Marlyn Erickson and Troy Erickson is listed as Agent with Business ID DB014946, on the South Dakota Secretary of State website, both failed at supervision creating an unsafe environment.

40. The plaintiff was diminished to taking tables after the complaint about sexual harassment, and eventually transferred to the Truck Stop, called the Flying J.

41. Mickey Tillman is an employee of MG Oil CO working in the kitchen DBA the Park Kitchen supervisor.

42. The plaintiff was told he had to pay for his food by Mickey Tillman when other managers didn't have to, as part of his bank receipts for discovery.

43. The Plaintiff was threatened by the General Manager John Hayward about my Creed and where The Plaintiff came from, on 10-9-23 John was a Black, American Indian, and Mexican The Plaintiff believes.

44. The Plaintiff can prove he is part of a protected class including religion, sex, and national origin.

45. The plaintiff was born on 11-23-1980 he was over 40 years old in 2023,

46. The plaintiff was threatened by Don Williamson on 11-8-23 that MG Oil had "Deep pockets" and the plaintiff would never win in court if the plaintiff pursued a case against MG Oil. The plaintiff also have a recording of that conversation. Creed, threats under SDCL§ 60-8-2 November 9th 2023, please see Exhibit B the attached flash drive. 56.52 Min. at 10 Am, # 20231109-095208

47. A lot happened and some things the plaintiff just does not want to remember as I place them in the back of my head, like name calling suffering emotional stress all unwanted .

48. MG Oil Violated the plaintiff's Rights Freedom of Religion,.

49. The plaintiff properly pleads with meritorious causes of action, with Title 7 ADEA, Retaliation

50. MG Oil unlawful and discriminatory practices were done with malice or with reckless indifference for the federal protected rights of the plaintiff.

## Count 1

### Violation of Title VII,

51. Plaintiff incorporates by reference the forgoing allegations as though same were fully set forth at length herein.

52. Defendants Violated the Plaintiffs Constitutional Rights.

53. Defendant, by and through its employees, managers , staff and or agents, did violate Section 7 of Equal Employment Opportunity Commission (EEOC) referring to Title VII of the civil Rights Act of 1964, which prohibits employment discrimination based on Race, Color Religion, Sex or National Origin

54. The defendants breached the duty owed to the plaintiff .

55. As a proximate result of the defendants, plaintiff has suffered loss of income, has endured mental suffering and will endure the same in the future, has loss of the capacity to enjoy life, and other damages allowed by law, all in the amount to be proven at trial.

## Count 2

### Retaliation,

56. Plaintiff incorporates by reference the forgoing allegations as though same were fully set forth at length herein.

57. MG Oil is liable for retaliation under Title VII, has retaliation on the employer actions that would have been materially adverse to a reasonable employee, the actions were harmful.

58. The plaintiff Constructive Discharge is recognized in South Dakota, please see Jansen v. Lemmon.

59. SDCL § 27b-8-43 an employee may not be retaliated against for filing a complaint.

## Count 3

### Harassment,

60. Plaintiff incorporates by reference the forgoing allegations as though same were fully set forth at length herein.

61. SDCL 2219A-1 is defined of stalking as a knowing and willful course of conduct directed at a specific person that serious alarms, annoys, or harasses them and serves no legitimate purpose.

62. Defendants Conduct in Harassing the plaintiff was substantial and proximate cause of the injuries and damages sustained by MG Oil employees as more set forth and incorporated herein by referenced in this complaint.

## Count 4

### ADEA violations Count

63. Plaintiff incorporates by reference the forgoing allegations as though same were fully set forth at length herein.

64. MG Oil is Liable in § 501 of the Equal Pay Act., has discriminated due to age because the plaintiff is over 40.

65. Age discrimination is prohibited under Federal Law, age Discrimination in employment Act (ADEA) of 1967

## Count 5

### Discrimination of Unlawful Acts

66. Plaintiff incorporates by reference the forgoing allegations as though same were fully set forth at length herein.

67. John Hayward, Don Williamson and Mickey Tillman under vicarious liability and employers can be held liable.

68. It is discriminatory practice for a person to discriminate on National Origin, and unequal treatment, and promotions. SDCL 20-13

69. Human Rights discrimination is the South Dakota Human Relations Act.

70. Freedom of Religion is protected by the first Amendment of the United States Constitution.

71. Intentional infliction of emotional distress is the bases of Tort Claim, the underlying of Discrimination.

### Relief

WHEREFORE, Plaintiff demands Judgement in his favor and prays for the following damages against the Defendants:

a. Punitive Damages and for emotional distress of pain and suffering, inconvenience, reputational harm, emotional stress, physical pain and suffering, loss of enjoyment of life and humiliation; the amount to be determined by a Jury trial.

b. Compensatory damages: Issue an order awarding the plaintiff back pay, fringe benefits and any other appropriate relief necessary to make the plaintiff whole and

compensate him for the Civil Rights violation described above, Relief of lost wages in the amount to be calculated by the DOL from November 2023 to Oct 2024

c. Prejudgment interest and post-Judgment interest as allowed by law on back pay benefits, Money Damages for actual for the acts alleged in this complaint for 2.3 million,

d. For any other relief this Court deems just, appropriate and equitable.

I declare under the penalty of perjury that the forgoing is true and correct.

Dated this 25ᵗʰ day of March 2025

Clayton Walker _____                    Pro Se Respectfully Submitted

1515 E St Patrick St #356

Rapid City SD 57703 Walkerforsenate247@gmail.com

605-519-3290

State of SD County of Penn
The foregoing instrument was acknowledged before me
this 25 day of March , 2025.
by Clayton Walker
Jen Michaelson                    Notary Public
My Commission Expires Nov 29, 2027



JEN MICHAELSON
NOTARY
Seal
PUBLIC
STATE OF SOUTH DAKOTA